NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT GAMING TECHNOLOGIES, LP,**
*Plaintiff-Appellant*

v.

**BOYD GAMING CORPORATION, CAESARS ENTERTAINMENT OPERATING COMPANY, INC., WMS GAMING, INC., LVGV, LLC,**
*Defendants-Appellees*

**NEW CASTLE CORP., RAMPARTS, INC., MANDALAY CORP., CIRCUS CIRCUS CASINOS, INC., VICTORIA PARTNERS, BELLAGIO, LLC, MGM GRAND HOTEL, LLC, THE MIRAGE CASINO-HOTEL, NEW YORK-NEW YORK HOTEL & CASINO, LLC, ARIA RESORT & CASINO HOLDINGS, LLC,**
*Defendants*

---

2016-2002

---

Appeal from the United States District Court for the District of Nevada in No. 2:12-cv-00775-MMD-GWF, Judge Miranda M. Du.

---

**ON MOTION**

---

2   REMBRANDT GAMING TECHNOLOGIES v. BOYD GAMING CORPORATION

# O R D E R

WMS Gaming Inc., Boyd Gaming Corporation, and LVGV, LLC move unopposed to modify the caption to remove Penn National Gaming, Inc. as a defendant-appellee.

Footnote 1 of the motion indicates judicial proceedings against Caesars Entertainment Operating Company, Inc. have been stayed pursuant to section 362(a) of the Bankruptcy Code.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The parties are directed to respond within 14 days of the date of this order as to whether Caesars is participating in the appeal, and if so, whether the bankruptcy stay applies to this appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25